Pamela J. Chaney
State Bar No. 24006983
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-10047-RLJ-13 |
| | § | |
| THELMA DORIS GAULDEN | § | |
| | § | HEARING DATE: November 2, 2011 |
| DEBTOR | § | HEARING TIME: 11:00 A.M. |

### DEBTOR'S RESPONSE TO TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTIONS TO CLAIMS AND PLAN MODIFICATIONS

DEBTOR, THELMA DORIS GAULDEN, by and through attorney Pamela J. Chaney, files this Debtor's Response to Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification, and respectfully shows the Court as follows:

1. Debtor wishes to fully secure and surrender collateral, 2006 Ford F150, in full satisfaction of the debt of Americredit Financial Services in the amount of $10,987.00.

2. Debtor asks that the TRCC not be approved and that it be heard on the hearing date of November 2, 2011.

FOR THESE REASONS, Debtor requests that the TRCC is set for hearing on the date indicated and that it not be approved.

                Respectfully submitted,

                /s/Pamela J. Chaney
                Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Response was served on September 27, 2011, to the following parties in interest at the addresses listed below by ECF and/or U.S. First Class mail:

Walter O'Cheskey             Thelma Doris Gaulden
6308 Iola Ave               3081 Windjammer Dr.
Lubbock, TX 79424            May, TX 76857

US Trustee
1100 Commerce Street, Rm 9C60
Dallas, TX  75242

AmeriCredit Financial Services, Inc.
Attn: Legal Department/John Gaines
801 Cherry Street, Suite 3600
Fort Worth, TX 76102

/s/Pamela J. Chaney
Attorney for Debtor